*Conspirators again tampered with the computer & flash drive that at places "<=>" got replaced by '?' & don't know if they tampered with more things, after written up.*

IN THE USDCWPA, COURT OF APPEALS, 1ST AND 3RD CIRS, CCC

Abbreviations: USDCWPA is US District Court of Western PA;
USDC is US District Court;
US Court of Appeals in the federal system;
Cambria County Courthouse;
Westmoreland County Courthouse;
US Supreme Court;

COAF is
CCC is
WCC is
USSC is

Docket Nos: (0)(a) USDC ME 11-278-JAW▢ COAF1st 12-1042, 13-2416COAF1

(0)(b) USDC ME 1:13-mc-00148-JAW <=>COAF1 13-2417

(1) COAF3rd 11-1032▢USDCPa 09-CV-275 with corresponding docket nos in CCC with comment as stated in 8/10-/2011 pleading in the caption

(2) COAF3rd 11-1390▢USDCPa 00-CV-314

(3) "    11-2184▢    "    3-11-CV-63 ▢CCC1366-11▢USDCPa 12-26 ▢ COAF3rd 2012-2777▢USSC Application No 12A546

(4) COAF3rd 10-3683 ▢ USDCPa 3-10-184

(5) "    11-2710 ▢ USDCPa 3-11-116

(6) "    08-4711  "    "    01-135J ▢ CCC1985-2043 case joined with (a)1985-1496, (b)1985-2040, (c)1985-2041, (d)1985-2112, (e)1985-690 or 890 as cannot remember the exact docket nos on it of CCC as it was against Norman McGough Insurance Co. on his fleet of 14 to 15 vehicles.

(7) COAF3rd 10-1676▢USDCPa3:09-cv-283 and if federal court system did not want to process it as RICO case, they should have transferred it to the right court for damages as my Cadillac car was damaged very, very badly, while legally parked on Sherman St adjacent to Krisay's warehouse and Krisay's personnel are witnesses to the fact that my car was always legally parked, each and everytime including on the day, it was hit by Fisher, and when hit, blow moves the car, out of its place showing that car was hit at great speed willfully, purposely to deprive Vora of her property, right to travel etc., as all was in furtherance of conspiratorial activities of all kinds &/or in furtherance of several open ended schemes so Carother's was lying too, all race biased, antitrust, predatory acts.

(8) Vora v. Conspirators COAF3rd 12-2776 ▢ USDCPa 11-253▢USSC Application No. 12A546

(9) Incident No. 20120725M3950, then withdrawn & dismissed & replaced by citation no. P 8397660-5, NT-438-2012 ▢ USDC 12-151 ▢ CCC78-12 or maybe 178-12 nos get interchanged even by USDCPa ▢ COAF3rd 13-1774

1