IN THE US COURT OF APPEALS, 1ST AND 3RD CIRS, CCC, USCWPA
Docket Nos: (0)(a) USDC ME 11-278-JAW<=> COAF1st 12-1042, 13-2416COAF1
(0)(b)USDC ME 1:13-mc-00148-JAW <=>COAF1 13-2417

(1) COAF3rd 11-1032<=>USDCPa 09-CV-275 with corresponding docket nos in CCC with comment as stated in 8/10-/2011 pleading in the caption
(2) COAF3rd 11-1390<=>USDCPa 00-CV-314
(3)      "          11-2184"       "
3-11-CV-63 <=> CCC1366-11<=>USDCPa 12-26 <=> COAF3rd 2012-2777<=>USSC Application No 12A546
(4) COAF3rd 10-3683 <=> USDCPa 3-10-184
(5)      "          11-2710 " USDCPa 3-11-116
(6)      "          08-4711    "         "
01-135J <=> CCC1985-2043 case joined with (a)1985-1496, (b)1985-2040, (c)1985-2041, (d)1985-2112, (e)1985-690 or 890 as cannot remember the exact docket nos on it of CCC as it was against Norman McGough Insurance Co. on his fleet of 14 to 15 vehicles.
(7) COAF3rd 10-1676<=>USDCPa3:09-cv-283 and if federal court system did not want to process it as RICO case, they should have transferred it to the right court for damages as my Cadillac car was damaged very, very badly, while legally parked on Sherman St adjacent to Krisay's warehouse and Krisay's personnel are witnesses to the fact that my car was always legally parked, each and everytime including on the day, it was hit by Fisher, and when hit, blow moves the car, out of its place showing that car was hit at great speed willfully, purposely to deprive Vora of her property, right to travel etc ., as all was in furtherance of conspiratorial activities of all kinds &/or in furtherance of several open ended schemes so Carother's was lying too, all race biased, antitrust, predatory acts.
(8) Vora v. Conspirators COAF3rd 12-2776 <=> USDCPa 11-253<=>USSC Application No. 12A546
(9) Incident No. 20120725M3950, then withdrawn & dismissed & replaced by citation no. P 8397660-5, NT-438-2012 <=>USDC 12-151 <=> CCC78-12 or maybe 178-12   nos get officeinterchanged even by USDCPa <=> COAF3rd 13-1774
(10)Vora v. Conspirators as an antitrust case listed in all prior cases against city (28USCAss1441-1448 in IFP & pursuant to 28 USCAs1446 & Justice Stevens opinion in City of Greenwood v. Peacock, 384 US808, state courts cannot proceed any further, as their proceedings are stayed automatically and they are

1

forbidden to enter any kind of judgment) including 11-253, 11-1390, 3-11-116 etc with docket no : 12-159 <=> COAF3rd 13-1775 (wrongly put by clerk    as Vora v. Com)
Docket Nos of CCC 409-00, 2644-06, SA97-06, 476or496-07, 1470-07, 1913-07, 2602-07, 2793-07, SA1-162-07, SA-001-8, SA171-08, all these were joined to (1), (4) with illegal demand of CCC for cost, fines, everything done by them without jurisdiction, without remand order coming from federal court system by **CMRR directly to State courts &/or certified copy filed by DA's office within allowed time, making all decisions null and void & all proceedings with their decisions subject to dismissal as per case law quoted earliar in one of Dr. Vora's pleadings, as all proceedings must take place officially after certified remand order gets filed in State courts officially by people required to do so, as Dr, Vora was defendant and is defendant in practically more than 55 cases filed by these cops on fabricated charges of theirs and as of right Dr. Vora removed these cases to federal court pursuant to 28USCA ss1441-1448 in IFP & pursuant to 28USCAs1446, and Justice Stevens opinion in City of Greenwood v. Peacock, 384US808, state courts cannot proceed any further, as their proceedings are stayed automatically and they are forbidden to enter any kind of judgment in such cases and even destruction of evidence took place that was exculpatory, in favor of Vora and there was clear error of law or fact or to prevent manifest injustice, all these cases of CCC filed by cops should be dismissed, when all 3 factors are present in Vora's cases filed by cops against her. (11)85-141<=> COAF3rd

(12) Cannot remember the docket nos of all cases, however they can be obtained from US court computer by putting my name in in all 3-4 or more ways to get all docket nos. for consolidation as I am homeless and have no records after what conspirators with city did.

Motion to give judgment in my favour as indicated in last motion with medical records enclosed here with CDs with grant of all types of privileges as was given to Chiropractors in 1990 decay as my remedies are far superior to medical world's remedies with insurance cos ordered to pay for my unparalleled services to mankind just like M.D.s & grant all types of damages to me as all conditions beginning with letters "Osteo..." are resulting from injuries incurred as admitted by Medlineplus too saying injuries are contributing factor towards it & enclosed are medical records beginning 2005 which I got only in 2014 after I was successful in getting enrolled for Geisinger Ins under Obama Plan for Platinum Solutions 2 from 6/1/2014 to 9/30/2014 in spite of premiums not within my means at all, however had to get X-Rays etc taken; & they claim they do not have anything prior to that in spite of being told that they had records from 1996 fall after they had barred me from my house of 511-5111/2 Robb Ave which city of Johnstown demolished it illegally within 2 years when it could have been fixed & I was ready to fix it, all due to ongoing antitrust motives of these conspirators as these records do show & would have shown severe predatory acts of these M.D.s with Insurance cos. to preserve illegally achieved monopoly by them in the market of remedies & services & as per 399A.2d1160, it is Naturopathy, so medical practice license not required, & that is the only way for me to be able to earn SSB's in this land after I was conspiratorially    disabled in 1983 making my condition neurologic which medical world is refusing to accept, even by making Dr. L.J. Schrock's handwritten note on Progress Sheet Notes in 1983 (& refusing to do presymptomatic test of C.A.G. repeats test on my blood to confirm or rule out very deadly neurologic condition in me) disappear from everywhere, as accidents can create totally new mutations in gene & genetic condition can start & make it hereditary as said in red book that was updated when I saw it in 2014; due to their ongoing antitrust deeds, moreso since 1983 & did not compensate me adequately with Loss of wages for life in spite of my qualifications to be appointed as full Professor with tenure even at a rated institution & got the resident alien card under 3rd preference in Jan 1982 in spite of application for it got putin in 1969-1970 era while I was at IU, Bloomington, when Ibrahim & M. Ryers wanted to see what classification I get by INS in 1969 & ME USDC should be able to take jurisdiction of all these cases resulting from antitrust motives of these conspirators with Motion to order MH to give me all the records after Feb 23rd 1996 hospitalization as they just gave me records of 7/10,22,24,27,28/2014, 8/25/2014, 8/27/2014, 9/22/2014, [{4/25-5/4},2/11]/2011, 8/17-22, 15-16/2005 & did not

get all records as I was illegally put in Psychiatric Ward by these conspirators, with Motion for injunction on them not to destroy them as they are trying everything possible to preserve illegally achieved monopoly in the market of remedies & services since 1949 & genocides have been committed too & are committing genocide of neurologic people too to achieve their goals as Vora's condition is neurologic ever since 1983 injuries & gets worse day by day, when medical records are supposed to be kept for lifetime of a person to prevent any furher damage to the person & Society as such, as I was told in 1983 that medical records are kept for lifetime of the person.

Now comes Dr. Vora & avers as follows in support of above:

(1) Vora is setting the contents of all prior pleadings here as if in full by reference thereto.

(2) Vora just had medical records from 1983, 1996 Feb which Vora submitted earliar & on receiving Free Clinic records, Vora had submitted them, & on obtaining some, even though not all medical records, Vora is submitting them now as Vora was unable to get them earliar & some I never got them as I was never given a copy earliar at no charge. I have tried to bring the truth out by making remarks on these pages in my handwriting with my initials there with the date it was recorded there & does show clearcut conspiratorial, antitrust etc. motives of medical world with their workers & conspirators, all working together perpetuating total fraud at expense of me as well as the public in general & are indeed committing genocide of neurologic & many other people.

(3) Giving the page nos where I made remarks or made corrections on records obtained in 2014 as never got time to do that on 1983, 1996, Free clinic records earliar, however had to do it on records obtained in 2014 seeing the great risk & harm that is happening to mankind in general including me just for the reason to preserve illegally achieved monopoly by these M.D.s with insurance cos with conspirators involved, in the market of remedies & services. Listing the page nos which I inserted in my handwriting to make sure that pages dont disappear (as prior to that, do recall diagnosis by one Dr. saying some kind of fracture in the chest, disappear totally as antitrust activities have not seized yet, as on 10/10/2014 night while I was sleeping, somebody had ransacked both my purses, spreading its contents & took all the quarters in it over $5 & do not know if my Flash drive of 8GB containing most of the pleadings after I had started typing them, even food items that are source of proteins for strict vegetarians like Vora in her homeless state, disappeared which did not come to my attention until 10/16/2014, 10/20/2014 when I needed them & when I tried to save copy of

4

check paid for School District taxes in 2014, as tax administrator's office claimed it was not paid even after they cashed my check for it & wanted to charge me penalty of $30 for it & wasted my entire week of 10/17/2014 to get copy of back & front of the check which they cashed, from IU, Bloomington as there seemed to be interference on it too;) on which I made corrections or made remarks to set record straight & show clear predatory acts of these conspirators:- Pages 2, 5-8, 13-19, 23, 27, 30, 32, 35, 36, 38, 41-44, 51, 55, 63-65, 67-68, 72-77, 80, 83-86, 98-99, 108-124, 127, 130-131, 135, 138-141, 143-144, 168-173, 175-187, 198-200, 207-208, 211, 215-217, 222, 224-227, 244-246, 251, 255, 258-259,261, 263-264, 266, 277, 279-280, 282-285, 287-291,294, 300, 306, 308-312, 315, 320-322, 324-325, 327, 329, 332-333, 336-337, 339-342, 354-355, 359, 361, 363-364, 366, 371, 374-375, 380, 382-384, 388, 391-392, 394, 404-405, 410-412, 414-419, 424, 428, 430-433, 443.

(4)Dr. Vora is setting the contents of all these remarks made by Vora to bring the truth out on these medical records pages, here as if in full by reference thereto & giving these records with my remarks on these pages to courts of law, as they are voluminous 464 pages & Vora never got time to go thro earliar records of 1983, 1996 at all in details & make remarks on them too as they are equally voluminous & never got time yet to scan these records with my remarks to be put on my computer yet, as it is very time consuming & is expensive to get it done by printers & never was satisfied by some of thr job they tried to do & seeing how pages get switched too, did not want to take chances on them as these conspirators are very, very powerful, so had to do it on 2014 records obtained as sample of predatory destructive acts of these conspirators to preserve illegally achieved monopoly of these M.D.s with insurance cos just paying for the services of M.D.s & refusing to pay or acknowledge my far superior services & remedies than them & not paying me anything for it when it is very time consuming & requires intensive care i.e. my remedy have to be used every hour to bring relief, to prevent horrible pains & suffering with irreversible damage including that of life, even in homeless state without time being spent to deal with chores of having a home etc. & these pro se conspirators with their attorneys if some of them have it can look at these records with my remarks on relevant pages in courts of law or on their computer as they have access to PACER for it in US courts for safety of all as courts keep these records as confidential even when they are part of the fraud perpetuated by these conspirators & if courts want me to serve these pages of medical records with my remarks on them on

conspirators like M.D.s, insurance cos. courts should say so in writing, as it cost time & money too on it.

(5) Vora is enclosing 3 C.D.s of MH with CD of 611 MRI too as 2 MRAs that of 2005, 2014 differ too as in 2014 abnormal blood vessels became denser than what it was in 2005 as injury to the brain in both years 1983, 2014 were in the same area of the brain, & fortunately I survived both injuries as invariably a person dies with such injuries & only in rare cases, person lives & does show clearly that so called AVMs in adults like Vora in the rare part of the brain are indeed caused by injuries, just like what one of the firms of M.D.s is saying on internet which I had mailed to Dr. Trybus of 611 MRI which I found recently in 2014 on internet, as well as an expert M.D. had said in courts of law when his patient had died even after developement of these abnormal blood vessels caused by injuries to the brain & that cite was taken by these conspirators in 2001 as it was at 535 Oakland Ave where I was residing at that time & conspirators took over everything from thereto, barring me from that place & never gave me back anything to this date & US courts did nothing to this date on their illegal antitrust motivated deeds, & all was quite well planned by these conspirators.

(6) These records obtained in 2014 do show that I am entitled to loss of wages for life since 1983 with additional harm & damage done by these conspirators & making me suffer so severely since 1983 & even injuries in 2005 in my fingers was resulting from injuries & aggravating severely all preexisting injuries & I suffer severely at times with involuntary painful sounds come out of my mouth & cannot use my both arms at times as happened on 10/21/2014 that I could not eat even properly then, could not even save food in plastic bags that I had to ask help from 2 people to spread butter on bread & save the fruit & vegetable for eating later on & that scottish origin lady saved it for me in plastic bag, who was in my U-Haul truck on July 25 2012 when city personnel fabricated all charges & demolished my house illegally.

(7) I have not received so far from Dr. Bhat any additional report about which he was talking in his conclusion, so when it comes, I will be doing so, as I have caught severe cough & cold beginning 10/18/2014 when I started getting sore throat & do not know if Family Kitchen used non iodized salt that day, so my condition is bad & trying to see if I can get Indian passport from Indian consular general in NY to see if I can spend winter months in India & as well see if I can find anything for winter here as alternative, in case trip to India is not possible, & all is very time consuming, so submitting right now whatever I have been able to get from medical world on medical records.

(8) Please note with particularity that it had taken me 20 years to find the right house of brick in business zone, which is hard to find, & I find there are no such houses in Tax sale meeting all my needs, so the right remedy for the misdeeds of these conspirators is to order them to build my brick duplex backup by them with fence, deck etc on grounds of 511-511 1/2 Robb Ave & it would be waste of time, money etc even try to go to tax sale of 11/24/2014 on properties that did not get sold in Oct. 2014 as most of them are wooden delapitated structures requiring major repairs that are in walking distance from post office, public library of Johnstown etc with leans or mortgages on them which I cannot afford at all in this disabled condition etc.

(9) May I remind the court to order MH to do C.A.G. repeats test on my blood as they are refusing to do it at all, as I will be enrolling again for coverage in 2014 & insurance cos should be made to pay for it on enrollment and I would like to get paid for the use of my gene therapy practically every hour by Geisinger, &/or Progressive Insurance co or insurance cos of people doing such severe damage to me as otherwise I suffer horribly, cannot even use my arms, legs &/or do anything at all & probably would have no memory at all without use of my gene therapy which is giving me unmatched relief which medical world cannot do at all & I cannot take chances on their remedies knowing my remedies are far superior than theirs, so I am entitled to get my fees for it at my rate as it did take me 37 years to discover all this too with no funding or backing for it from anybody as such & had to discover it to be able to live longer with soothing relief with senses intact & since I did not get any fee paying clients I will be willing to charge the concessional rate of mine for all these years until I get fee paying clients, as my rates are $750 whenever preparation is needed of my gene therapy & $75 everytime it is used which is practically hourly & sometimes 1/2 an hour too, for 1st 10 clients in the year. Once I get fee paying clients over 10 of them my charges would be $750 each time I am required to use it as it is very time consuming.

Respectfully Submitted,
Chandan Vora   *Chandan Vora*

Praceipi to join 2 additional Parties

Please join the following additional psrties as part of conspirators conspiratorially restrainig trade, commerce, competition in the market of remedies & services, contributing towards genocide of neurologic people with many others illegally, wilfully, maliciously etc. pursuant to antirust etc. motives:-

(120) Carles Mahon, CC Crisis worker, Johnstown, PA 15901
(121) CC Crisis Dept, Johnstown, PA 15901. Chandan Vora
*Chandan Vora*

7

Certificate of Service

I, Dr Chandan S. Vora do certify that this " Motion" was put in 1st class ordinary mail, postage prepaid or served in person on following on 10/24-/2014 as I still have to go thro medical records for CCC etc to make corrections on zeroxed pages already on 4 sets right now & get these pages scanned too to be put on my flash drive of medical records after scanning & putting it onto computer 1st:-

(0)Clerk USDCWPA, Rm 208, Penn Traffic Bldg, Johnstown PA 15901

(1)Clerk thro T. Smith, USCOAF1, , 1 Couthouse Way, Boston, MA 02210

(2)Clerk, thro case manager(unknown name), US Court of Appeals, 3rd cir; US courthouse, 601 Market St., 21400 US Courthouse, Philadelphia, PA 19106(1 copy sufficient for both cases & others too as they scan it as per prior case managers) not supplying medical records to them as I will be giving one copy to USDCWPA for antitrust case filed with previous pleading & Karina already has 611 MRI CD for it which she is holding until I get these across to her.

(4)E. Holder, US attorney General, 950 PA Ave, Washington DC 20530

(5)PA Attorney General, Strawberry Sq, Harrisburgh, PA17120

(6) Atty Dinan, 95 Exchange Rd., Portland ME 04112

(7)DPW office, 625 Main st, Johnstown PA, 15901

(8) City manager with all their personnel of JPD, Codes, Fire depts etc, corner of Main Market st, Johnstown, PA 15901

(9) Psychiatric Ward Director, Dr Patel with all their staff doctors etc, Good Samaritan Hospital, 7th Foor, as per 814-534-9000 no., Johnstown, PA 15905

(10)DAs with its staff, CCC, 2nd Floor, Ebensburg, PA 15931

(11) Ex Judge of CCC Caram Abood, 709 Franklin St., 2nd Floor, Johnstown, PA 15901

(12)Mag Grecek, 1340 Franklin St., Johnstown, PA15905

(13)James L. Madara, M.D., C.E.O. & Executive Vice President, American Medical Association(henceforth in future pleadings as AMEA ) 515 N. State St, F115, Chicago, Ill60654

(14)President Commissioner, Incharge of CC, CCC, Ebensburg, PA15931

(15)Clerk of Courts including CCC Judges like Krunemacker, Creany, Tuwoliski, Kiniry, Long, etc CCC, Ebensburg, PA 15931

(16)President, CEO, Scott Becker, Memorial Hospital, 1086 Franklin St., Johnstown, PA 15905

(17)Mag Musulin, Central Park Complex basement, Johnstown, PA 15901

(18)Ron W. Repak, 173 Gerry LN, 15904 (formerly Director of JRA,

8

when 511 Robb Ave Duplex was demolished illegally etc.)
(19)Director & CEO of Johnstown Redevelopment Authority,
4th Floor, Public Safety Building, 401 Washington St, Johnstown, PA 15901

*Chandan Vora*

CHANDAN VORA , with mailing address: c/o Budget Transmission,
340 Bedford st, Johnstown, PA 15901